# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Darin Anderson,

       Plaintiff,                    JUDGMENT IN A CIVIL CASE

vs.                                     3:11-cv-601-RJC

Amit Patel, and
Budget Inn Motel, Inc.,

       Defendants.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011 Order.

                                              Signed: December 20, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court